UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEWIS GALLOWAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2574** |
| **WARDEN TRAVIS DAY** | **SECTION "R"(4)** |

**O R D E R**

Lewis Galloway has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. In the petition, Galloway stated that his conviction was obtained in Jefferson Parish, Louisiana. *Id*. at 1. On February 5, 2026, the undersigned issued a habeas corpus response order directing the Attorney General for the State of Louisiana as well as the District Attorney and Clerk of Court for Jefferson Parish, Louisiana to respond to the petition within 30 days. ECF No. 4. After issuing the order, the Court was informed that Galloway's conviction was obtained out of St. Tammany Parish, Louisiana. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the **Habeas Corpus Response Order (ECF No. 4)** issued on February 5, 2026, to the Attorney General for the State of Louisiana and the District Attorney and Clerk of Court for Jefferson Parish, Louisiana, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court serve, by certified mail, a copy of the application and this Order on the Attorney General for the State of Louisiana, and the District Attorney and the Clerk of Court for St. Tammany Parish, Louisiana.

**IT IS FURTHER ORDERED** that the Attorney General or District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of entry of this order. The answer shall state whether petitioner

has exhausted state remedies, including any post-conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal or review both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the one-year period of limitation for filing this petition has expired.

**IT IS FURTHER ORDERED** that, within thirty (30) days of entry of this order, the St. Tammany Parish District Attorney (or Attorney General, if answering) shall file with the Court an electronic certified copy of the state court record to be uploaded into CM/ECF in a separate entry from the answer or memorandum.[1] The electronic certified copy of the state court record must include (1) the ENTIRE record of the STATE DISTRICT COURT, including all rulings and all available transcripts, (2) the ENTIRE records of the COURT OF APPEAL on both direct and collateral review, including all rulings, and (3) the ENTIRE records of the SUPREME COURT OF LOUISIANA on both direct and collateral review, including all rulings. In the event the state court record cannot be produced in its entirety as ordered, counsel shall advise the Court in writing of the reason for noncompliance.

**IT IS FURTHER ORDERED** that petitioner Lewis Galloway may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Attorney General or District Attorney.

New Orleans, Louisiana this 18th day of February, 2026.

KAREN WELLS ROBY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Clerk of Court will NOT accept a paper copy of the state court record in this matter. The District Attorney must file the state court record electronically in .pdf format in file sizes not to exceed 200MB per upload through the Court's Electronic Court Filing (ECF) system.