UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEWIS GALLOWAY | CIVIL ACTION |
| VERSUS | NO. 25-2574 |
| TRAVIS DAY ET AL. | SECTION "R" (4) |

**ORDER AND REASONS**

Before the Court is plaintiff Lewis Galloway's petition for issuance of a writ of habeas corpus.[1] On June 18, 2026, Magistrate Judge Roby issued a Report & Recommendation (R&R), recommending that the Court deny the petition.[2] No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1 R. Doc. 1.
2 R. Doc. 14.

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court DISMISSES defendant's petition for a writ of habeas corpus WITH PREJUDICE as time-barred.

New Orleans, Louisiana, this 19th day of August, 2026.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE