UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEWIS GALLOWAY | CIVIL ACTION |
| VERSUS | NO. 25-2574 |
| TRAVIS DAY, ET AL. | SECTION “R” |

# JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;[1] Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment for defendants and against plaintiff, Lewis Galloway, dismissing with prejudice his petition for issuance of a writ of habeas corpus.

New Orleans, Louisiana, this __20th__ day of August, 2026.

Sarah Vance

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

1 R. Doc. 15.